UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
Bankruptcy@Veitengruberlaw.com
Attorneys for Debtor(s)

Ashley Christmas

CASE NO: 26-14088

HEARING DATE:

JUDGE: SLM

CHAPTER: 13

**MOTION TO CONFIRM AUTOMATIC STAY AS IT APPLIES TO MARITAL ASSETS SPECIFICALLY 82 GARFIELD AVENUE JERSEY CITY NJ 07305**

PLEASE TAKE NOTICE that on __________________ at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for the Debtor, Ashley Christmas, will move before the Honorable Stacey Meisel U.S.B.J., at the United States Bankruptcy Court located at the United States Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey, Courtroom 3A, for an order to extend the automatic stay.

PLEASE TAKE FURTHER NOTICE that any opposition to the motion must be in writing and filed with the clerk of the court, with a copy served upon movant's counsel, whose name and address is set forth above, within the time required by the rules governing the court.

PLEASE TAKE FURTHER NOTICE that if written opposition is not timely filed and served this motion shall be deemed uncontested and the relief requested may be granted without the need for a hearing.

PLEASE TAKE FURTHER NOTICE that in support of the motion, the attorney for Debtor will rely upon the certification attached hereto.

A proposed form of order is also filed and served herewith.

A statement as to why no brief is necessary is also attached.

Movant requests oral argument only if written opposition is timely filed and served.

VEITENGRUBER LAW LLC

Dated: April 23, 2026

By: /s/ George E. Veitengruber, III

George E. Veitengruber, III, Esq.
SBN# 015532003
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Bankruptcy@Veitengruberlaw.com