UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 28, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
ASHLEY M. CHRISTMAS

Case No.:  _____26 14088_____

Chapter:  _____13_____

Judge:  ___Hon. Stacey L. Meisel___

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 28, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of ___Chioma Nelson, Esq., for Cherilyn Julien,___ for a reduction of time for a hearing on ___Motion for Relief from automatic stay as required by 11 USC §362(d)(1), (d)(2), and (d)(4). Reduction of time period is not prohibited___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___6/23/2026___ at ___10:00 a.m___ in the United States Bankruptcy 50 Walnut Street, Newark NJ, 07102 Courtroom No. ___3A___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: ___All secured parties and their attorneys, if known, and affected creditors/parties, Debtor and___ ___Debtor's counsel.___

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.
to be received by Tuesday

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ___UST, parties filing notice of appearances and Trustee___ .

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ☒ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

❏ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___7___ day(s) prior to the scheduled hearing; or

❑ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☒ The hearing will be conducted ~~via a specialized Zoom link~~. See instructions below:

**by phone - Judge Meisel: visit www.court-solutions.com or www.njb.uscourts.gov for more information.**

*rev.5/19/2025*